

# Missouri Court of Appeals
## Southern District

**APRIL 3, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16.

1.  Case Nos. SD32948, SD32949 & SD32950 (Consolidated)

    Re:    IN THE INTEREST OF:
           K.F.C., D.J.G. and R.T.R., Minors,
           GREENE COUNTY JUVENILE
           OFFICE,
           Petitioner-Respondent,
           vs.
           K.A.C.,
           Respondent-Appellant.